Harold M. Freiman, State Bar # 148099
Arne B. Sandberg, State Bar # 142253
**LOZANO SMITH**
2001 North Main Street, Suite 650
Walnut Creek, CA 94596
Telephone: (925) 953-1620
Facsimile: (925) 953-1625
Email: hfreiman@lozanosmith.com
asandberg@lozanosmith.com

Attorneys for Defendant
ALBANY UNIFIED SCHOOL DISTRICT

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>NOAH CONCRETE CORPORATION; MCCRARY CONSTRUCTION COMPANY; GREEN VALLEY CORPORATION dba BARRY SWENSON BUILDER; ALBANY UNIFIED SCHOOL DISTRICT; CITY OF HOLLISTER; and TRAVELERS CASUALTY & SURETY CO. OF AMERICA,<br><br>Defendant. | Case No. 5:12-cv-12-05553 LHK PSG<br><br>**ANSWER TO COMPLAINT, AND COUNTERCLAIM FOR INTERPLEADER**<br><br>District Judge: Lucy H. Koh<br><br>Complaint Filed: October 29, 2012 |

**ANSWER**

1. In response to Paragraph 1 of the Complaint, defendant Albany Unified School District ("District") is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

/ / /

/ / /

2. In response to Paragraph 2 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

3. In response to Paragraph 3 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that plaintiff gave a stop notice and amended stop notice to District.

4. In response to Paragraph 4 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

5. In response to Paragraph 5 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

6. In response to Paragraph 6 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

7. In response to Paragraph 7 of the Complaint, District admits each and every allegation therein.

8. In response to Paragraph 8 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9. In response to Paragraph 9 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

10. In response to Paragraph 10 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

11. In response to Paragraph 11 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

12. In response to Paragraph 12 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that District let out a public works construction job, that the District retained funds in response to plaintiff's stop notices, and the District is a political subdivision duly organized and existing under the laws of the State of California.

13. In response to Paragraph 13 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

14. In response to Paragraph 14 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15. In response to Paragraph 15 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

16. In response to Paragraph 16 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

17. In response to Paragraph 17 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18. In response to Paragraph 18 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

19. In response to Paragraph 19 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20. In response to Paragraph 20 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

21. In response to Paragraph 21 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that plaintiff gave stop notices to the District related to the Albany High School aquatic center project.

22. In response to Paragraph 22 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that District retained some construction funds in connection with the stop notices plaintiff gave to the District.

23. In response to Paragraph 23 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

24. In response to Paragraph 24 of the Complaint, District re-alleges and incorporates the allegations of Paragraphs 1-23 above, as if fully stated herein.

25. In response to Paragraph 25 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

26. In response to Paragraph 26 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

27. In response to Paragraph 27 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

28. In response to Paragraph 28 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

29. In response to Paragraph 29 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

30. In response to Paragraph 30 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

31. In response to Paragraph 31 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

32. In response to Paragraph 32 of the Complaint, District re-alleges and incorporates the allegations of Paragraphs 1-31 above, as if fully stated herein.

33. In response to Paragraph 33 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

34. In response to Paragraph 34 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

35. In response to Paragraph 35 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36. In response to Paragraph 36 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

/ / /

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

37. In response to Paragraph 37 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

38. In response to Paragraph 38 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

39. In response to Paragraph 39 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

40. In response to Paragraph 40 of the Complaint, based on the vague and unintelligible nature of the allegations against "said Defendants" in this paragraph, District denies that it failed or refused to comply with statutory duties to pay prevailing wages to plaintiff.

41. In response to Paragraph 41 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

42. In response to Paragraph 42 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

43. In response to Paragraph 43 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

44. In response to Paragraph 44 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

45. In response to Paragraph 45 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

/ / /

46. In response to Paragraph 46 of the Complaint, District re-alleges and incorporates the allegations of Paragraphs 1-45 above, as if fully stated herein.

47. In response to Paragraph 47 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

48. In response to Paragraph 48 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

49. In response to Paragraph 49 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

50. In response to Paragraph 50 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

51. In response to Paragraph 51 of the Complaint, District re-alleges and incorporates the allegations of Paragraphs 1-50 above, as if fully stated herein.

52. In response to Paragraph 52 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that District was the awarding agency for one of the projects.

53. In response to Paragraph 53 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that District has retained some construction funds in connection with the stop notices plaintiff gave to the District.

54. In response to Paragraph 54 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

55. In response to Paragraph 55 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that plaintiff gave verified stop notices to the District on or about September 12 and 27, 2012.

56. In response to Paragraph 56 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that plaintiff requested in letters accompanying the stop notices that District withhold funds based on the stop notices.

57. In response to Paragraph 57 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that plaintiff gave stop notices to the District, as pled above.

58. In response to Paragraph 58 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that plaintiff requested in letters accompanying the stop notices that District withhold funds based on the stop notices.

59. In response to Paragraph 59 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein, except that it admits that at the time it received the stop notices from plaintiff, it had in its possession funds due or to become due to defendant Noah Construction Corporation (“Noah”).

60. In response to Paragraph 60 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

61. In response to Paragraph 61 of the Complaint, District re-alleges and incorporates the allegations of Paragraphs 1-60 above, as if fully stated herein.

/ / /

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

62. In response to Paragraph 62 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

63. In response to Paragraph 63 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

64. In response to Paragraph 64 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

65. In response to Paragraph 65 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

66. In response to Paragraph 66 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

67. In response to Paragraph 67 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

68. In response to Paragraph 68 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

69. In response to Paragraph 69 of the Complaint, District is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

/ / /

/ / /

/ / /

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

(Failure to State Sufficient Facts)

70. As its *first* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the Complaint, and each cause of action thereof, fails to state facts sufficient to support each and any cause of action against this answering defendant.

SECOND AFFIRMATIVE DEFENSE

(Waiver)

71. As its *second* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that plaintiff has waived its right to maintain the action filed in this case.

THIRD AFFIRMATIVE DEFENSE

(Estoppel)

72. As its *third* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that plaintiff is estopped by action of law or by conduct from maintaining the action filed in this case.

FOURTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

73. As its *fourth* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the Complaint and all of its causes of action are barred as untimely by the applicable statute of limitations, including but not limited to California Civil Code sections 9356 and 9502.

FIFTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

74. As its *fifth* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that to the extent that plaintiff has failed to

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

reasonably act to mitigate plaintiff's damages, if any, plaintiff is barred to such an extent from any recovery therein.

SIXTH AFFIRMATIVE DEFENSE

(Intervening/Superceding Cause)

75. As its *sixth* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that plaintiff's damages, if any, were caused by the conduct of persons other than this answering defendant (including plaintiff) over whom this answering defendant had no right of direction or control, including but not limited to others' failures to provide permits, or pay money owed, to plaintiff; and said conduct of such third persons was an intervening and/or superseding cause of plaintiff's damages, if any.

SEVENTH AFFIRMATIVE DEFENSE

(Attorneys' Fees)

76. As its *seventh* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that to the extent allowed by law and the contract, all litigation expense, including attorneys' fees, shall be recoverable by answering defendant.

EIGHTH AFFIRMATIVE DEFENSE

(Invalid Stop Notice)

77. As its *eighth* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that plaintiff's action is barred due to an invalid stop notice, including but not limited to untimely or improper filing or service of the stop notice, or inadequate content of the stop notice, or lack of a preliminary notice.

NINTH AFFIRMATIVE DEFENSE

(Failure to Exhaust Remedies)

78. As its *ninth* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that plaintiff has failed to exhaust its administrative and/or contractual remedies, thus barring this action.

/ / /

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

TENTH AFFIRMATIVE DEFENSE

(Plaintiff Must Prevail Against Contractor)

79. As its *tenth* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the plaintiff is only entitled to the amounts withheld by the answering defendant to the extent that plaintiff prevails in its claims against the original contractor.

ELEVENTH AFFIRMATIVE DEFENSE

(Funds Held as Stakeholder)

80. As its *eleventh* separate and distinct defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that it had no knowledge, information or belief as to the merits of plaintiff's claim to the funds withheld and payable under the contract. This answering defendant retains the withheld funds as a stakeholder and does not know to whom the funds are to be paid. This answering defendant will disburse the funds as the court directs.

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

**COUNTERCLAIM FOR INTERPLEADER**

1. The District holds and possesses funds in an amount in excess of plaintiff's amended stop notice.

2. In addition to plaintiff's stop notice claim against such funds, Noah claims such funds by virtue of its contract with the District for construction of the project on which plaintiff allegedly worked.

3. This answering defendant retains the funds in response to the stop notice (the "Withheld Funds") as a stakeholder and does not know to whom the Withheld Funds should be paid; and

4. Plaintiff and Noah are aware of the conflicting claims to the funds, and the District wishes to interplead and deposit the Withheld Funds with the Court for ultimate disbursement between plaintiff and Noah, with fees and costs paid to the District under law, all as may be determined by the Court.

/ / /

/ / /

/ / /

LOZANO SMITH
2001 North Main Street, Suite 650 Walnut Creek, California 94596
Tel 925-953-1620 Fax 925-953-1625

**PRAYER**

WHEREFORE, defendant prays as follows:

1. That plaintiff take nothing by reason of its complaint, that judgment be rendered in favor of defendant;

2. That the Withheld Funds be interpleaded with this Court;

3. That this answering defendant be awarded its costs in defending this lawsuit, including attorneys' fees and all other costs allowed under the contract and the law, including fees and costs related to any District counterclaim for interpleader;

4. That defendant recover such other and further relief as the court deems just and proper.

Dated: December 31, 2012

Respectfully submitted,

**LOZANO SMITH**

ARNE B. SANDBERG
Attorneys for Defendant
ALBANY UNIFIED SCHOOL DISTRICT