TOMAS E. MARGAIN, Bar No. 193555
CASA LEGAL
84 W. SANTA CLARA St. SUITE 790
SAN JOSE CA 95113
Tel. (408) 317-1100
Fax. (408) 315-0150

margainlaw@hotmail.com

Attorneys for Plaintiff

EDUARDO RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RAMIREZ<br><br>Plaintiff,<br><br>v.<br><br>NOAH CONCRETE CORPORATION; MCCRARY CONSTRUCTION COMPANY; GREEN VALLEY CORPORATION dba BARRY SWENSON BUILDER; ALBANY UNIFIED SCHOOL DISTRICT; CITY OF HOLLISTER; and TRAVELERS CASUALTY & SURETY CO. OF AMERICA<br><br>Defendants. | Case No.: **CV 12-05553 LHK**<br><br>**PLAINTIFF'S MOTION TO MODIFY INITIAL CASE MANAGEMENT ORDER PURSUANT TO LOCAL RULE 16-2(d); DECLARATION OF TOMAS E. MARGAIN IN SUPPORT THEREOF; and PROPOSED ORDER** |

1

**MOTION TO CONTINUE INITIAL CMC**

TO THE COURT AND ALL PARTIES WHO HAVE MADE AN APPEARANCE IN THIS ACTION

Pursuant to Local Rule 16-2(d), as well as the Federal Rules of Civil Procedure, Plaintiff hereby requests that the ADR deadlines in anticipation of the January 30, 2013 Case Management Conference be modified as the parties have reached a global resolution.

As described in the below Declaration of Tomas E. Margain, good cause exists. Counsel for Defendant NOAH CONCRETE CORPORATION and Plaintiff have reached a global resolution. This settlement was reached on Monday January 7, 2013 and needs to be reduced to a writing and the case dismissed by stipulation as an appearance had been made. However, January 9, 2013 is the deadline for certain ADR obligations which Plaintiff would like to push to January 23, 2013. In the alternative, the Court can continue the CMC and related deadlines two weeks. However, as it is anticipated that the settlement will be consummated by January 23, 2013, this is not being requested.

Dated:   January 8, 2013

By:   //s// TOMAS E. MARGAIN
TOMAS E. MARGAIN

**DECLARATION OF TOMAS E. MARGAIN**

I, TOMAS E. MARGAIN, declare as follows:

1. I am an attorney duly authorized to practice before this Court and Plaintiffs' attorney of record in this action. I base this declaration on my personal knowledge unless otherwise indicated.

2. Defendant NOAH CONCRETE CORPORATION is being represented by Dawna J. Chillufo. On Monday January 7, 2013, I informed Ms. Chillufo that my client had accepted the monetary offer made and a payment plan. We have informed the other parties and counsel and I am in the process of sending a written settlement agreement that would dispose of all claims.

2

**MOTION TO CONTINUE INITIAL CMC**

3. January 9, 2013 is the deadline date to meet and confer on ADR. January 23, 2013 is the deadline for Rule 26 obligations and to submit a Joint Case Management Statement.

4. I believe the parties will be able to draft and execute a settlement agreement by the 23rd. However, I am submitting this motion to inform the Court of the settlement and to push back the ADR deadlines.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and accurate. Executed on January 8, 2013 in San Jose, Santa Clara California.

By: \_\_\_\_//s// Tomas Margain_____
Tomas E. Margain

## ARGUMENT

The Court has the authority to continue hearings and a party may seek a continuance under Local Rule 16. Here, Plaintiff has reached a global settlement which needs to be reduced to a writing. As such, a modification of the Initial CMC Order is sought to accommodate reducing the settlement to a writing, having it executed, and dismissing the action.

Dated:   January 8, 2013

By:  //s// TOMAS E. MARGAIN
TOMAS E. MARGAIN

**MOTION TO CONTINUE INITIAL CMC**

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| EDUARDO RAMIREZ | Case No.: **CV 12-05553 LHK** |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-2(d)** |
| v. | |
| NOAH CONCRETE CORPORATION; MCCRARY CONSTRUCTION COMPANY; GREEN VALLEY CORPORATION dba BARRY SWENSON BUILDER; ALBANY UNIFIED SCHOOL DISTRICT; CITY OF HOLLISTER; and TRAVELERS CASUALTY & SURETY CO. OF AMERICA | |
| Defendants. | |

**MOTION TO CONTINUE INITIAL CMC**

BASED ON PLAINTIFF'S MOTION TO CONTINUE, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**January 23, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.
- Last Day to file ADR Certificate signed by Parties and Counsel.
- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference.

**January 23, 2013**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement
- Last Day to File Magistrate Consent Form

**January 30, 2012**

- Initial Case Management Conference in Courtroom 8, 4th Floor, San Jose Courthouse at 2:00 p.m.

IT IS SO ORDERED

DATED:   January 9, 2013              By: *Lucy H. Koh*
                                          Hon. Lucy H. Koh
                                          United States District Court Judge

5
**MOTION TO CONTINUE INITIAL CMC**