United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO RAMIREZ; ) | Case No.: 12-CV-05553-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| NOAH CONCRETE CORPORATION; ) | |
| MCCRARY CONSTRUCTION COMPANY; ) | |
| GREEN VALLEY CORPORATION d/b/a ) | |
| BARRY SWENSON BUILDER; ALBANY ) | |
| UNIFIED SCHOOL DISTRICT; CITY OF ) | |
| HOLLISTER; and TRAVELERS CASUALTY ) | |
| & SURETY CO. OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

On January 23, 2013, the Court received notice that Plaintiff Eduardo Ramirez and Defendants Noah Concrete Corporation and Albany Unified School District have reached an oral settlement that resolves all issues pending in this Court, including Plaintiff's Complaint and Defendant Albany Unified School District's interpleader action. ECF No. 16. Therefore, the case management conference currently set for January 30, 2013, will be continued to March 20, 2013, at 1:30 p.m. By March 13, 2013, the parties shall file a stipulation of dismissal or, if they are unable to do so, a joint case management statement which includes an explanation of why this has not occurred.

**IT IS SO ORDERED.**

Dated: January 25, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05553-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE