UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO RAMIREZ; | Case No.: 12-CV-05553-LHK |
| Plaintiff, | ORDER SUGGESTING STIPULATION OF DISMISSAL AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| NOAH CONCRETE CORPORATION; MCCRARY CONSTRUCTION COMPANY; GREEN VALLEY CORPORATION d/b/a BARRY SWENSON BUILDER; ALBANY UNIFIED SCHOOL DISTRICT; CITY OF HOLLISTER; and TRAVELERS CASUALTY & SURETY CO. OF AMERICA, | |
| Defendants. | |

On March 13, 2013, the parties filed a stipulation to continue the initial case management and extend initial deadlines after settlement. ECF No. 18. The parties contend that this case has settled and a settlement agreement has been signed by Plaintiff and Defendants McCrary Construction Company, Green Valley Corporation d/b/a Barry Swenson Builder, and Travelers Casualty & Surety Co. of America. *Id.* at 2. However, the parties still need the signature of Defendant Albany Unified School District. *Id.* The parties expect to have the agreement signed within 14 days. Therefore, the case management conference currently set for March 20, 2013, will be continued to 1, 2013, at 1:30 p.m. By April 24, 2013, the parties shall file a stipulation of

Case No.: 12-CV-05553-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL AND CONTINUING CASE MANAGEMENT CONFERENCE

dismissal or, if they are unable to do so, a joint case management statement which includes an explanation of why this has not occurred.

**IT IS SO ORDERED.**

Dated: March 14, 2013

_____
LUCY H. KOH
United States District Judge