1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO RAMIREZ; )<br>)<br>             Plaintiff, )<br>     v.                                          )<br>)<br>NOAH CONCRETE CORPORATION; )<br>MCCRARY CONSTRUCTION COMPANY; )<br>GREEN VALLEY CORPORATION d/b/a )<br>BARRY SWENSON BUILDER; ALBANY )<br>UNIFIED SCHOOL DISTRICT; CITY OF )<br>HOLLISTER; and TRAVELERS CASUALTY )<br>& SURETY CO. OF AMERICA, )<br>)<br>             Defendants. ) | Case No.: 12-CV-05553-LHK<br><br>ORDER SUGGESTING STIPULATION<br>OF DISMISSAL AND CONTINUING<br>CASE MANAGEMENT CONFERENCE |

On March 13, 2013, the parties filed a stipulation to continue the initial case management and extend initial deadlines after settlement. ECF No. 18. The parties contend that this case has settled and a settlement agreement has been signed by Plaintiff and Defendants McCrary Construction Company, Green Valley Corporation d/b/a Barry Swenson Builder, and Travelers Casualty & Surety Co. of America. *Id*. at 2. However, the parties still need the signature of Defendant Albany Unified School District. *Id*. The parties expect to have the agreement signed within 14 days. Therefore, the case management conference currently set for March 20, 2013, will be continued to 1, 2013, at 1:30 p.m. By April 24, 2013, the parties shall file a stipulation of

1  dismissal or, if they are unable to do so, a joint case management statement which includes an
2  explanation of why this has not occurred.

3  **IT IS SO ORDERED.**

4  Dated: March 14, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05553-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL AND CONTINUING CASE MANAGEMENT CONFERENCE