1 TOMAS E. MARGAIN, Bar No. 193555
84 W. SANTA CLARA STREET, STE. 790
2 SAN JOSE, CA 95113
TEL (408) 317-1100
3 FAX (408) 351-0105
Tomas@lacasalegal.com
4 Attorney for Plaintiff

5 EDUARDO RAMIREZ

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDUARDO RAMIREZ

Plaintiff,

v.

NOAH CONCRETE CORPORATION;
MCCRARY CONSTRUCTION COMPANY;
GREEN VALLEY CORPORATION dba
BARRY SWENSON BUILDER; ALBANY
UNIFIED SCHOOL DISTRICT; CITY OF
HOLLISTER; and TRAVELERS CASUALTY
& SURETY CO. OF AMERICA

Defendants.

Case No.: 5:12-cv-05553-LHK

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE

Plaintiff EDUARDO RAMIREZ and Defendant ALBANY UNIFIED SCHOOL DISTRICT, hereby stipulate as follows:

1. On October 29, 2012, Plaintiff filed the Complaint in this matter.
2. On December 31, 2012, Defendant ALBANY UNIFIED SCHOOL DISTRICT filed an Answer and Cross Complaint in this matter.
3. No other parties have made an appearance.
4. The matter has fully settled and the parties have executed a written settlement agreement.
5. The above parties stipulate that the Complaint and Cross Complaint is matter be dismissed with prejudice as to Defendant ALBANY UNIFIED SCHOOL DISTRICT.

IT IS SO STIPULATED

FOR PLAINTIFF

DATED: 3/29/13            By: _____
                               Tomas E. Margain
                               For Plaintiff

FOR DEFENDANT ALBANY            LOZANO SMITH
UNIFIED SCHOOL DISTRICT

DATED: 3/20/13            By: _____
                               Arne Sandberg

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| EDUARDO RAMIREZ<br><br>    Plaintiff,<br><br>v.<br><br>NOAH CONCRETE CORPORATION; MCCRARY CONSTRUCTION COMPANY; GREEN VALLEY CORPORATION dba BARRY SWENSON BUILDER; ALBANY UNIFIED SCHOOL DISTRICT; CITY OF HOLLISTER; and TRAVELERS CASUALTY & SURETY CO. OF AMERICA<br><br>    Defendants. | Case No.: 5:12-cv-05553-LHK<br><br>**ORDER GRANTING STIPULAITON TO DISMISS** |

# ORDER

Based on the stipulation of counsel and good cause shown, the Complaint of Plaintiff EDUARDO RAMIREZ and Cross Complaint of the ALBANY UNIFIED SCHOOL DISTRICT is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings.

IT IS SO ORDERED. The Clerk shall close the file.

DATED:  April 24, 2013          By: _____
                                     Hon. Lucy H. Koh
                                     United States District Court Judge

- 3 -