TOMAS E. MARGAIN, Bar No. 193555
84 W. SANTA CLARA STREET, STE. 790
SAN JOSE, CA 95113
TEL (408) 317-1100
FAX (408) 351-0105
Tomas@lacasalegal.com
Attorney for Plaintiff

EDUARDO RAMIREZ

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO RAMIREZ<br><br>    Plaintiff,<br><br>v.<br><br>NOAH CONCRETE CORPORATION; MCCRARY CONSTRUCTION COMPANY; GREEN VALLEY CORPORATION dba BARRY SWENSON BUILDER; ALBANY UNIFIED SCHOOL DISTRICT; CITY OF HOLLISTER; and TRAVELERS CASUALTY & SURETY CO. OF AMERICA<br><br>    Defendants. | Case No.: 5:12-cv-05553-LHK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

- 1 -

Plaintiff EDUARDO RAMIREZ and Defendant ALBANY UNIFIED SCHOOL DISTRICT, hereby stipulate as follows:

1. On October 29, 2012, Plaintiff filed the Complaint in this matter.
2. On December 31, 2012, Defendant ALBANY UNIFIED SCHOOL DISTRICT filed an Answer and Cross Complaint in this matter.
3. No other parties have made an appearance.
4. The matter has fully settled and the parties have executed a written settlement agreement.
5. The above parties stipulate that the Complaint and Cross Complaint is matter be dismissed with prejudice as to Defendant ALBANY UNIFIED SCHOOL DISTRICT.

IT IS SO STIPULATED

FOR PLAINTIFF

DATED: 3/29/13          By: _____
                             Tomas E. Margain
                             For Plaintiff

FOR DEFENDANT ALBANY                    LOZANO SMITH
UNIFIED SCHOOL DISTRICT

DATED: 3/20/13          By: _____
                             Arne Sandberg

| | |
|---|---|
| EDUARDO RAMIREZ<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOAH CONCRETE CORPORATION; MCCRARY CONSTRUCTION COMPANY; GREEN VALLEY CORPORATION dba BARRY SWENSON BUILDER; ALBANY UNIFIED SCHOOL DISTRICT; CITY OF HOLLISTER; and TRAVELERS CASUALTY & SURETY CO. OF AMERICA<br><br>　　　　Defendants. | Case No.: 5:12-cv-05553-LHK<br><br>**ORDER GRANTING STIPULAITON TO DISMISS** |

## ORDER

Based on the stipulation of counsel and good cause shown, the Complaint of Plaintiff EDUARDO RAMIREZ and Cross Complaint of the ALBANY UNIFIED SCHOOL DISTRICT is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings.

IT IS SO ORDERED. The Clerk shall close the file.

DATED: April 24, 2013　　　　By: _/s/ Lucy H. Koh_
　　　　　　　　　　　　　　　　　Hon. Lucy H. Koh
　　　　　　　　　　　　　　　　　United States District Court Judge